**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-2363**

_____

In re: STEPHEN NIVENS,

                    Petitioner.

_____

On Petition for Writ of Habeas Corpus.

_____

Submitted:  July 23, 2026                    Decided:  July 27, 2026

_____

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Petition dismissed by unpublished per curiam opinion.

_____

Stephen Nivens, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Nivens petitions this court for a writ of habeas corpus.  We dismiss the petition for lack of jurisdiction and decline to transfer it to the district court.  *See* 28 U.S.C. § 1631; *Dragenice v. Ridge*, 389 F.3d 92, 100 (4th Cir. 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*